# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DENNIS LITTLE, | ) |
| Petitioner, | ) |
| v. | ) Case No. 2:19-cv-00028-ACA-SGC |
| KENNETH PETERS, Warden, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

*Pro se* Petitioner Dennis Little filed this action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his conviction and life without parole sentence for first degree murder. (Doc. 1). On June 28, 2021, the magistrate judge entered a report, recommending that the court deny the requested habeas relief and dismiss Mr. Little's petition with prejudice. (Doc. 28). Although the magistrate judge advised Mr. Little of his right to file objections within 14 days, to date, the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation.

Accordingly, the court **WILL DISMISS** the petition for writ of habeas corpus **WITH PREJUDICE**. Further, because the petition does not present issues that are

debatable among jurists of reason, the court **WILL DENY** a certificate of appealability.  *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000); Rule 11(a), Rules Governing § 2254 Proceedings.

The court will enter a separate final order consistent with this memorandum opinion.

**DONE** and **ORDERED** this July 28, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE